SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
FIDEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>      Plaintiff,<br><br>   vs.<br><br>PINGUICA PAL CHIROTON, LP; and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 2:21-cv-00176-PA (PVCx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff Fidel Hernandez ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case and agreed to all terms of the settlement agreement.  Parties requests that the Court grant ninety (90) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time for completion of the settlement payments.

   DATED:  February 12, 2021          **SO. CAL EQUAL ACCESS GROUP**

                                       */s/ Jason J. Kim*
                                      JASON J. KIM
                                      Attorney for Plaintiff